**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00639-CV

### VILLAGE CRESTMONT HOUSTON USA, L.L.C. AND WEST CRESTMONT HOUSTON USA, L.L.C., Appellants

### V.

### JOSE J. GAITAN, INDIVIDUALLY AND D/B/A EC & J REMODELING & PAINTING, Appellee

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-04688

## ORDER

This is an appeal from an order denying appellants' request for a temporary injunction. The appeal was filed before the trial court signed a written order. By letter dated June 8, 2015, we directed appellants to file, no later than June 18, 2015, a supplemental clerk's record containing the trial court's written order. We subsequently extended that deadline to July 6, 2015 when appellants informed us that the trial court had been tendered a proposed order but had not yet signed an order. Appellants now move for a second extension because the trial court still has not signed an order. We **GRANT** appellants' July 7, 2015 motion and **ORDER** the supplemental clerk's record be filed no later than August 5, 2015.

/s/     CRAIG STODDART
           JUSTICE